IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Roberson, Dwight  
Roberson, Carol A  
Printed: 12/13/07

Case Number: 05 B 55389  
Judge: Wedoff, Eugene R  
Filed: 3/22/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: October 31, 2007  
Confirmed: August 3, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 35,129.48 |  |
| Secured: |  | 17,555.97 |
| Unsecured: |  | 5,172.13 |
| Priority: |  | 8,688.09 |
| Administrative: |  | 1,850.00 |
| Trustee Fee: |  | 1,863.28 |
| Other Funds: |  | 0.01 |
| Totals: | 35,129.48 | 35,129.48 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 1,850.00 | 1,850.00 |
| 2. | CitiFinancial | Secured | 0.00 | 0.00 |
| 3. | Sterling Inc | Secured | 0.00 | 0.00 |
| 4. | Sterling Inc | Secured | 250.00 | 250.00 |
| 5. | Capital One Auto Finance | Secured | 17,157.79 | 17,157.79 |
| 6. | CitiFinancial | Secured | 593.48 | 148.18 |
| 7. | Internal Revenue Service | Priority | 8,688.09 | 8,688.09 |
| 8. | Sterling Inc | Unsecured | 207.52 | 207.52 |
| 9. | RoundUp Funding LLC | Unsecured | 71.59 | 71.59 |
| 10. | Capital One Auto Finance | Unsecured | 872.98 | 872.98 |
| 11. | Specialized Management Consultants | Unsecured | 498.65 | 498.65 |
| 12. | Galway Financial Service | Unsecured | 123.25 | 123.25 |
| 13. | GE Money Bank | Unsecured | 159.31 | 159.31 |
| 14. | ECast Settlement Corp | Unsecured | 1,848.88 | 1,848.88 |
| 15. | Arrow Financial Services | Unsecured | 136.48 | 0.00 |
| 16. | Cash America | Unsecured | 118.12 | 0.00 |
| 17. | AmeriCash Loans, LLC | Unsecured | 63.20 | 63.20 |
| 18. | Midwest Verizon Wireless | Unsecured | 143.80 | 143.80 |
| 19. | Galway Financial Service | Unsecured | 118.12 | 118.12 |
| 20. | Atlantic Credit & Finance Inc | Unsecured | 369.64 | 369.64 |
| 21. | Arrow Financial Services | Unsecured | 140.73 | 140.73 |
| 22. | AmeriCash Loans, LLC | Unsecured | 241.90 | 241.90 |
| 23. | Internal Revenue Service | Unsecured | 184.72 | 184.72 |
| 24. | Check Now | Unsecured | 127.84 | 127.84 |
| 25. | Washington Mutual Bank FA | Secured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Roberson, Dwight  
Roberson, Carol A  
Printed: 12/13/07

Case Number: 05 B 55389  
Judge: Wedoff, Eugene R  
Filed: 3/22/06

| # | Creditor | Type | Status |
|---|---|---|---|
| 26. | Internal Revenue Service | Priority | No Claim Filed |
| 27. | Advance Til Payday | Unsecured | No Claim Filed |
| 28. | Asset Acceptance | Unsecured | No Claim Filed |
| 29. | Alliance One | Unsecured | No Claim Filed |
| 30. | Asset Acceptance | Unsecured | No Claim Filed |
| 31. | Alliance One | Unsecured | No Claim Filed |
| 32. | Bank One | Unsecured | No Claim Filed |
| 33. | Citi Cards | Unsecured | No Claim Filed |
| 34. | Collection Company Of America | Unsecured | No Claim Filed |
| 35. | RESORTS USA INC. | Unsecured | No Claim Filed |
| 36. | ER Solutions | Unsecured | No Claim Filed |
| 37. | Allied Interstate | Unsecured | No Claim Filed |
| 38. | CTI | Unsecured | No Claim Filed |
| 39. | Citi Cards | Unsecured | No Claim Filed |
| 40. | Certegy Payment Recovery Services Inc | Unsecured | No Claim Filed |
| 41. | Citizens Bank | Unsecured | No Claim Filed |
| 42. | Bally's Health Club | Unsecured | No Claim Filed |
| 43. | Allied Interstate | Unsecured | No Claim Filed |
| 44. | Home Depot | Unsecured | No Claim Filed |
| 45. | Harris & Harris | Unsecured | No Claim Filed |
| 46. | Kenneth G Frizzell III | Unsecured | No Claim Filed |
| 47. | HSBC Bank USA | Unsecured | No Claim Filed |
| 48. | Consumer Financial Services | Unsecured | No Claim Filed |
| 49. | Friedman & Wexler LLC | Unsecured | No Claim Filed |
| 50. | John P Frye, P.C. | Unsecured | No Claim Filed |
| 51. | JB Robinson Jewelers | Unsecured | No Claim Filed |
| 52. | NCO Financial Systems | Unsecured | No Claim Filed |
| 53. | Magazine Source | Unsecured | No Claim Filed |
| 54. | LDG Financial Services, LLC | Unsecured | No Claim Filed |
| 55. | Harris & Harris | Unsecured | No Claim Filed |
| 56. | Riddle & Associates | Unsecured | No Claim Filed |
| 57. | RMA | Unsecured | No Claim Filed |
| 58. | United Recovery Services | Unsecured | No Claim Filed |
| 59. | SRA Services | Unsecured | No Claim Filed |
| 60. | RMCB | Unsecured | No Claim Filed |
| 61. | United Recovery Services | Unsecured | No Claim Filed |
| 62. | TRS Services | Unsecured | No Claim Filed |
| 63. | Chicago Transit Authority CU | Unsecured | No Claim Filed |
| 64. | Weltman Weinberg | Unsecured | No Claim Filed |
| 65. | Account Solutions | Unsecured | No Claim Filed |
| 66. | Marshall Field & Company | Unsecured | No Claim Filed |
| 67. | Household Bank FSB | Unsecured | No Claim Filed |
| 68. | National Quick Cash | Unsecured | No Claim Filed |
| 69. | Illinois Internet | Unsecured | No Claim Filed |
| 70. | Menard's Inc | Unsecured | No Claim Filed |
| 71. | Ten Minute Loan | Unsecured | No Claim Filed |
| 72. | PLS Financial | Unsecured | No Claim Filed |
| 73. | Uptown Cash | Unsecured | No Claim Filed |
| 74. | Surety Finance | Unsecured | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Roberson, Dwight  Case Number: 05 B 55389
Roberson, Carol A  Judge: Wedoff, Eugene R
Printed: 12/13/07  Filed: 3/22/06

| | | | |
|---|---|---|---|
| 75. | Pay Day Loans | Unsecured | No Claim Filed |
| 76. | NCO Financial Systems | Unsecured | No Claim Filed |
| 77. | Comcast | Unsecured | No Claim Filed |
| 78. | NCB | Unsecured | No Claim Filed |
| 79. | Corporate Receivables Inc | Unsecured | No Claim Filed |
| 80. | Chase Receivables | Unsecured | No Claim Filed |
| 81. | Bennett & Deloney | Unsecured | No Claim Filed |
| 82. | I C Systems Inc | Unsecured | No Claim Filed |
| 83. | Fashion Bug | Unsecured | No Claim Filed |
| 84. | Account Offset Unit | Unsecured | No Claim Filed |
| 85. | Carsons | Unsecured | No Claim Filed |
| 86. | Bank One | Unsecured | No Claim Filed |
| 87. | CFC Financial LLC | Unsecured | No Claim Filed |
| 88. | TRS Services | Unsecured | No Claim Filed |
| 89. | Certegy Payment Recovery Services Inc | Unsecured | No Claim Filed |
| 90. | Sudhir M Gokhale MD | Unsecured | No Claim Filed |
| 91. | NCO Financial Systems | Unsecured | No Claim Filed |

$ 33,966.09      $ 33,266.19

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 140.86 |
| 4.8% | 179.40 |
| 5.4% | 1,543.02 |
| | $ 1,863.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____